# EXHIBIT 4



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/16/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16196 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/15/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/1 and 10/15 and outside vendor expenses currently invoiced. | | |

10.2 Battleground
11,458 Completes ................................................................................$37,254.60


TOTAL AMOUNT NOW DUE ................................................................................$37,254.60

A finance charge of 1½% per month will be charged to each account past due.



**CONFIDENTIAL**

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
www.callmeyer.com

OFA00001



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/16/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16197 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/15/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/1 and 10/15 and outside vendor expenses currently invoiced. | | |

<u>10.7 Panel IDs</u>
10,008 Completes ................................................................................... $23,510.08


TOTAL AMOUNT NOW DUE ................................................................................... $23,510.08

A finance charge of 1½% per month will be charged to each account past due.



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/16/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16198 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/15/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/1 and 10/15 and outside vendor expenses currently invoiced. | | |

<u>10.9 Mega Poll</u>
25,395 Completes ................................................................................$76,133.76


TOTAL AMOUNT NOW DUE ...............................................................$76,133.76

A finance charge of 1½% per month will be charged to each account past due.

14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
www.callmeyer.com    **OFA00003**



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/16/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16199 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/15/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/1 and 10/15 and outside vendor expenses currently invoiced. | | |

<u>10.13 3-Day BG</u>
8,745 Completes ................................................................................................. $28,111.50


TOTAL AMOUNT NOW DUE ................................................................................. $28,111.50

A finance charge of 1½% per month will be charged to each account past due.

**CONFIDENTIAL**  MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
www.callmeyer.com

OFA00004



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/29/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16239 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/28/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/1 and 10/15 and outside vendor expenses currently invoiced. | | |

<u>FL ID</u>
1,003 Completes............................................................................................$3,675.98


TOTAL AMOUNT NOW DUE ...........................................................................$3,675.98

A finance charge of 1½% per month will be charged to each account past due.



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/29/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16240 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/28/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/16 and 10/22 and outside vendor expenses currently invoiced. | | |

<u>10/16 Battleground</u>
20,645 Completes ................................................................................................$64,381.11


TOTAL AMOUNT NOW DUE ..................................................................................$64,381.11

A finance charge of 1½% per month will be charged to each account past due.



# MEYER
TELESERVICES

# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/29/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16241 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/28/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/24 and 10/25 and outside vendor expenses currently invoiced. | | |

OH No Party ID
755 Completes......................................................................................$2,136.60


TOTAL AMOUNT NOW DUE ...........................................................................$2,136.60

A finance charge of 1½% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
www.callmeyer.com

CONFIDENTIAL

OFA00007



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/29/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16242 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/28/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/1 and 10/28 and outside vendor expenses currently invoiced. | | |

Facebook ID
9,187 Completes ................................................................................................$41,241.60


TOTAL AMOUNT NOW DUE ..............................................................................$41,241.60

A finance charge of 1½% per month will be charged to each account past due.



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/29/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16243 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/28/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/23 and 10/29 and outside vendor expenses currently invoiced. | | |

<u>10/23 Battleground</u>
19,900 Completes ................................................................................................$58,244.00

TOTAL AMOUNT NOW DUE ....................................................................................$58,244.00

A finance charge of 1½% per month will be charged to each account past due.



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp. | DATE: | 10/29/12 |
| ACCOUNT NO: | 502-807 | INVOICE NO.: | 102-16244 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 11/28/12 (net 30) |
| BILLING PERIOD: | For fees incurred between 10/27 and 11/1 and outside vendor expenses currently invoiced. | | |

<u>Persuasion ID</u>
10,000 Completes ................................................................................$27,555.00


TOTAL AMOUNT NOW DUE ...........................................................................$27,555.00

A finance charge of 1½% per month will be charged to each account past due.

**CONFIDENTIAL**

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000 TOLL FREE (800) 676-9233 FAX (320) 259-4044
www.callmeyer.com

OFA00010



# MEYER
## TELESERVICES

## INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp | DATE: | 11/14/12 |
| ACCT NO: | 502-807 | INVOICE NO: | 102-16297 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 12/14/12 (net 30) |
| BILLING PERIOD: | 10/1 - 10/31 | | |

| | | AMOUNT |
|---|---|---|
| 10/30 NV AFAM | 256 completes | $ 902.10 |
| **TOTAL AMOUNT NOW DUE** | 256 | $ 902.10 |

A finance charge of 1 1/2% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000 TOLL FREE (800) 676-9233 FAX (320) 259-4044
WWW.CALLMEYER.COM

**CONFIDENTIAL**  OFA00011



# MEYER
TELESERVICES

## INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | New Partners/Florida | DATE: | 11/14/12 |
| ACCT NO: | 502-807 | INVOICE NO: | 102-16298 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 12/14/12 (net 30) |
| BILLING PERIOD: | 10/1 - 10/31 | | |

| | | AMOUNT |
|---|---|---|
| 10/30 VBM - Broward County | 1912 completes | $ 2,047.50 |
| **TOTAL AMOUNT NOW DUE** | **1912** | **$ 2,047.50** |

A finance charge of 1 1/2% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
WWW.CALLMEYER.COM

**CONFIDENTIAL**  OFA00012



# INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | New Partners/Colorado | DATE: | 11/14/12 |
| ACCT NO: | 502-807 | INVOICE NO: | 102-16299 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 12/14/12 (net 30) |
| BILLING PERIOD: | 10/1 - 10/31 | | |

| | | AMOUNT |
|---|---|---|
| EV - Non-Denver | 2351 completes | $ 3,144.32 |
| EV - Denver | 435 completes | $ 674.56 |
| **TOTAL AMOUNT NOW DUE** | 2786 | $ 3,818.88 |

A finance charge of 1 1/2% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
WWW.CALLMEYER.COM

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**OFA00013**



# MEYER
## TELESERVICES

## INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp | DATE: | 11/14/12 |
| ACCT NO: | 502-807 | INVOICE NO: | 102-16300 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 12/14/12 (net 30) |
| BILLING PERIOD: | 10/1 - 10/31 | | |

| | | AMOUNT |
|---|---|---|
| 10/16 Battleground - Part 2 | 1823 completes | $ 4,665.81 |
| **TOTAL AMOUNT NOW DUE** | 1823 | $ 4,665.81 |

A finance charge of 1 1/2% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
WWW.CALLMEYER.COM

**CONFIDENTIAL**  **OFA00014**



# MEYER
## TELESERVICES

# INVOICE

| CLIENT: | New Partners/OFA GOTV | DATE: | 11/13/12 |
| --- | --- | --- | --- |
| ACCT NO: | 502-788 | INVOICE NO: | 112-16285 |
| DESCRIPTION: | Telemarketing Services | DUE DATE: | Upon Receipt |
| BILLING PERIOD: | 11/1 - 11/6 | | |

| | | AMOUNT |
| --- | --- | --- |
| MN GOTV | 26450 completes | $ 7,903.04 |
| CO GOTV | 10894 completes | $ 2,961.92 |
| FL GOTV | 32525 completes | $ 9,978.88 |
| VA GOTV | 26757 completes | $ 8,369.60 |
| NV GOTV | 6263 completes | $ 1,982.40 |
| **TOTAL AMOUNT NOW DUE** | 102889 | $ 31,195.84 |

A finance charge of 1 1/2% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
WWW.CALLMEYER.COM

**CONFIDENTIAL**  OFA00015



# MEYER TELESERVICES

## INVOICE

| | | | |
|---|---|---|---|
| CLIENT: | DNC Services Corp | DATE: | 11/14/12 |
| ACCT NO: | 502-807 | INVOICE NO: | 112-16296 |
| DESCRIPTION: | Telemarketing Services - OFA Voter Contact | DUE DATE: | 12/14/12 (net 30) |
| BILLING PERIOD: | 10/1 - 11/6 | | |

| | | AMOUNT |
|---|---|---|
| 10/30 Battleground | 21777 completes | $ 80,406.60 |
| **TOTAL AMOUNT NOW DUE** | 21777 | $ 80,406.60 |

A finance charge of 1 1/2% per month will be charged to each account past due.

MEYER ASSOCIATES TELESERVICES
14 NORTH SEVENTH AVENUE - ST CLOUD MN 56303
ST CLOUD (320) 259-4000  TOLL FREE (800) 676-9233  FAX (320) 259-4044
WWW.CALLMEYER.COM

**CONFIDENTIAL**

OFA00016