```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

LORI SHAMBLIN,

      Plaintiff,

v.                              Case No. 8:13-cv-2428-T-33TBM

OBAMA FOR AMERICA, ET AL.,

      Defendants.

_____/

## **ORDER**

This cause comes before the Court pursuant to Defendants' Joint Motion to Stay Pending the Outcome of Plaintiff's Rule 23(f) Appeal to the Eleventh Circuit (Doc. # 223), which was filed on August 12, 2015. The Court acknowledges that Plaintiff opposes the Motion. Nevertheless, the Court determines that it is appropriate to stay and administratively close this case during the pendency of the interlocutory appeal. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and determines that a stay under the circumstances of this case will conserve the resources of the parties and the Court. <u>See also</u> <u>Britt Green Trucking, Inc. v. Fedex Nat'l, LTD, Inc.</u>, No. 8:09-cv-445-T-33TBM, Doc. # 169 (Order Granting Motion to Stay

Pending Outcome of Plaintiff's Rule 23(f) Appeal, Dec. 23, 2013).

The parties are directed to advise the Court immediately upon the resolution of the appeal.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED** that:

1. This matter is hereby **STAYED** during the pendency of the interlocutory appeal.
2. The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.
3. The parties are directed to advise the Court immediately upon the resolution of the appeal. When the appeal is resolved, the Court will return this case to active status.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of August, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record