IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LORI SHAMBLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OBAMA FOR AMERICA, and DNC SEVICES CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 8:13-cv-2428-VMC-TBM<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Plaintiff Lori Shamblin, individually and on behalf of all others similarly situated, hereby gives notice of her appeal to the Court of Appeals for the Eleventh Circuit from the District Court's Orders dated: (1) April 27, 2015 (Doc. 214) denying her motions for class certification (Doc. 146), to strike the declaration of Jerry Samargia (Doc. 177), and to stay case management deadlines (Doc. 192); and (2) October 16, 2015 (Doc. 238) granting Defendants Obama for America and DNC Service Corporation's request for injunctive relief and closing the case.

Dated:  November 5, 2015

Respectfully Submitted,
LORI SHAMBLIN, individually and on behalf of all others similarly situated

By:  /s/ Andrew L. Quiat
Andrew L. Quiat (Pro Hac Vice)
**THE LAW OFFICES OF ANDREW L. QUIAT, P.C.**
P.O. Box 2900
Aspen, CO 81612
Tele:  (303) 471-8558
aquiat@alqpclaw.com

By:  /s/ Joseph J. Mellon
Joseph J. Mellon (Pro Hac Vice)
Mary F. Mellon (Pro Hac Vice)
**THE MELLON LAW FIRM**
1401 Wewatta St., #806
Denver, CO 80202
Telephone:  (303) 915-0198
jmellon@mellonlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court's CM/ECF filing system which sent notice to all counsel of record this 5th day of November, 2015.

LORI SHAMBLIN, individually and on behalf of all others similarly situated

By: /s/ Joseph J. Mellon
        Attorney