# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 25, 2016

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-14968-AA
Case Style: Lori Shamblin v. Obama For America, et al
District Court Docket No: 8:13-cv-02428-VMC-TBM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas, AA/lt
Phone #: (404) 335-6169

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-14968-AA

LORI SHAMBLIN,
individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

versus

OBAMA FOR AMERICA,
DNC SERVICES CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

Before:   TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

The parties' agreed motion to dismiss the appeal with prejudice, with the parties to bear their own attorneys' fees and costs, is GRANTED.